# United State Bankruptcy Court

Southern District of New York

In re :

Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC.

                                 Debtor                  Bankruptcy Case 08-1789

**Irving H. Picard**
**Trustee for SIPA Liquidation**

                            **Plaintiff,**

                                   **v.**                  Adversary Proceeding 09-01187-brl

Harley International (Cayman) Limited
                                **Defendant.**

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

                 Harley International (Cayman) Limited

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: July 8, 2009                               **Vito Genna,**
                                                           Clerk of the Bankruptcy Court

                                 By: /s/Rosaly Y. C. Chou
                                             Deputy Clerk